Argued and submitted May 24, conviction affirmed; condition of probation vacated;
remanded for resentencing June 19, 1991

STATE OF OREGON,
*Respondent,*

*v.*

ERIK ALLEN TEATER,
*Appellant.*

(90-697A-C-1; CA A66278)

811 P2d 927

Jesse Wm. Barton, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

After defendant's conviction for possession of a controlled substance, ORS 475.992(4), he was placed on probation with a special condition that he "successfully complete a substance abuse program, including any of the usual surveillance: urinalysis, polygraph testing, blood testing, *consent to search of your residence, your person, your vehicle.*" (Emphasis supplied.) The judgment stated that he must "[s]ubmit person, residence, vehicle and property to search by [a] probation officer." Defendant argues that the condition of probation was improper, because it required him to submit without limitation to searches by a probation officer.

We accept the state's concession that the judgment does not conform to ORS 137.540(2)(m), which provides that a court may impose a condition of probation that a defendant submit to a "search by a probation officer having reasonable grounds to believe such search will disclose evidence of a probation violation." *See also State v. Schwab,* 95 Or App 593, 596, 771 P2d 277 (1989). The trial court erred in imposing the unlawful condition of probation.[1]

Conviction affirmed; condition of probation requiring defendant to submit to searches vacated; remanded for resentencing.

---

[1] This error could have easily been corrected through the joint cooperation of the parties and the trial judge, without the time and expense involved in an appeal.